*Appeal*

FILED
NORMA L. FAVELA
DISTRICT CLERK

2014 JUN 11 PM 1: 49

EL PASO COUNTY, TEXAS

BY_____
DEPUTY

IN THE 384TH JUDICIAL DISTRICT
EL PASO COUNTY, TEXAS

THE STATE OF TEXAS                                  *
                                                    *
vs.                                                 *
                                                    *        Cause No. 20120D00749
                                                    *

FIDENCIO VALDEZ
DOB: 05/30/1979

## ORDER APPOINTING ATTORNEY

DEAR JAMES LUCAS:

YOU HAVE BEEN APPOINTED TO REPRESENT THE DEFENDANT IN THE ABOVE STYLED AND NUMBERED CAUSE. THIS APPOINTMENT CONTINUES UNTIL CHARGES ARE DISMISSED, THE DEFENDANT IS ACQUITTED; APPEALS ARE EXHAUSTED TO THE 8TH COURT OF APPEALS, OR IN THE CASE OF A DEATH PENALTY CASE, COMPLETION OF THE DIRECT APPEAL TO THE COURT OF CRIMINAL APPEALS. THE ATTORNEY MAY BE RELIEVED OF THIS APPOINTMENT OR REPLACED BY OTHER COUNSEL ONLY AFTER A APPOINTMENT AND CANNOT BE RELIEVE OF THIS DUTY EVEN BY SUBSTITUTION WITHOUT A MOTION AND ORDER SIGNED BY THE COURT (SEE LOCAL RULE 5.03).

ATTACHED IS THE ATTORNEY VERIFICATION FORM WHICH MUST BE FILLED OUT, SIGNED BY THE DEFENDANT AND ATTORNEY AND RETURNED BY FAX AT (546-2019) OR HAND DELIVER. MAIL TO THE COUNCIL JUDGES ADM, 500 EL SAN ANTONIO #101, EL PASO TX 79901 BY THE END OF THE FIRST WORKINIG DAY FOLLOWING RECEIPT OF THE APPOINTMENT NOTIFICATION.

AN ATTORNEY, WHO REFUSES TO ACCEPT A MISDEMEANOR CASE BECAUSE THE CASE HAS NOT BEEN ACCEPTED, OR THAT THE ATTORNEY HAS TO GO TO THE JAIL ANNEX, WILL BE TAKEN OFF THE MISDEMEANOR WHEEL PER THE COUNTY COURTS AT LAW OF JANUARY 8, 2004, ART 26.04 (K).

IF THE DEFENDANT IS IN CUSTODY IN THE EL PASO COUNTY DETENTION FACILITY YOU ARE DIRECTED TO CONDUCT YOUR INITIAL INTERVIEW WITH THE DEFENDANT WITHIN TWENTY FOUR (24) HOURS. WHEN THE FINAL JUDGMENT IS ENTERED IN THIS CAUSE, PLEASE FILE THE VOUCHER WITH THE TRIAL COURT WITHIN 5 DAYS. YOU MAY USE ADDITIONAL SHEETS IF NECESSARY. INVESTIGATION AND CERTAIN OTHER EXPENSES MUST HAVE PRIOR COURT APPROVAL. SEE ATTORNEY REIMBURSEMENT GUIDELINES.

SIGNED: 6/11/2014

_____
Patrick M. Garcia

JAMES LUCAS

Bondsman        JAIL
Jail:    YES

ELECTRONIC
RECORD

part of CR

2595